UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE EARL JONES,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXIS SALCEDA, et al.,<br><br>    Defendants. | Case No. 25-cv-08890-NW<br><br>**ORDER OF TRANSFER**<br>Re: ECF Nos. 2, 3 |

Plaintiff Jimmie Earl Jones, a pro se prisoner currently housed in Mule Creek State Prison in Amador County, filed the instant civil rights suit. *See* ECF No. 1. The events or omissions giving rise to Jones' claims occurred at Mule Creek State Prison, located in the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue is therefore appropriate in that district. 28 U.S.C. § 1391(b)(1), (b)(2).

In the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk is requested to transfer the matter, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: October 20, 2025

Noël Wise
United States District Judge